479 A.2d 1141

Commonwealth v. Davis, Appellant.
Petition for Allowance of Appeal
Denied Jan. 28, 1985.

Submitted October 14,

1983. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Judgment of sentence affirmed.